## DIXON v. POE.

[No. 19,687. Filed January 29, 1902.]

APPEAL AND ERROR.—*Court Rules.*—*Failure to Index Record.*—Where the appellant fails to prepare an index of the record as required by rule three of the Supreme Court the appeal will be dismissed.

From Sullivan Circuit Court; *O. B. Harris*, Judge.

Action by James H. Poe against Nathan G. Dixon on certain trade checks. From a judgment in favor of plaintiff, defendant appeals. *Appeal dismissed.*

*J. T. Hays* and *W. H. Hays*, for appellant.
*J. B. Filbert*, for appellee.

MONKS, J.—Rule three of this court, in force since November 26, 1900, requires that the appellant shall "prepare an index referring to the initial page   *   *   *   of each pleading, exhibit, and other paper in the record; such index to form the first page of the transcript." The appeal in this case was filed July 6, 1901, and appellant has failed to prepare the index required by said rule. Such failure is sufficient cause for dismissing the appeal. *State, ex rel.,* v. *Lankford, ante,* 34.

The appeal is therefore dismissed.